AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

BYRON VITERI

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1716-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 7, 2003__ in __Essex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly take and carry away, with intent to steal or purloin, United States currency in the amount of $54,680 belonging to, or in the care, custody, control, management, or possession of Fleet Bank,

in violation of Title __18__ United States Code, Section(s) __2113(b) and 2.__

I further state that I am a(n) __Special Agent of the FBI__ and that this complaint is based on the following
                                    Official Title
facts:

See Affidavit of Laurence A. Travaglia

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_Laurence A. Travaglia, SA FBI, BS_
Signature of Complainant

Sworn to before me and subscribed in my presence,

__6-15-04__ at __Boston, Massachusetts__
Date                                              City and State

Charles B. Swartwood ~~JOYCE LONDON ALEXANDER~~
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.