*filed in open court 8/5/04 CBR*

AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

──────── DISTRICT OF ────────

UNITED STATES OF AMERICA

V.

Byron Viteri

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 04-1766-CBS

I, __Byron Viteri__, charged in a (complaint) (petition) pending in this District with __larceny from a bank__ in violation of Title __18__, U.S.C., __2113(b) & 2__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination)(hearing), do hereby waive (give up) my right to a preliminary (examination)(hearing).

_____
Defendant

8/5/04
Date

_____
Counsel for Defendant