UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BYRON VITERI )<br>)<br>_____) | **04 CR 10239 MLW**<br>CRIMINAL NO.:<br><br>VIOLATION:<br>18 U.S.C. 2113(b)<br>Bank Larceny |

## INFORMATION

**Count One:**     18 U.S.C. § 2113(b): Bank Larceny

The United States Attorney charges that:

On or about July 7, 2003, at Haverhill, in the District of Massachusetts,

BYRON VITERI,

defendant herein, did, take and carry away, with intent to steal and purloin, money in the amount of $54,680.00, more or less, belonging to and in the care, custody, control, management, and possession of Fleet Bank, a federally insured financial institution.

All in violation of Title 18, United States Code, Section 2113(b) and Section 2.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JOHN A. CAPIN
Assistant U.S. Attorney
617-748-3264

≈JS 45 (5/97) - (Revised USAO MA 1/15/04)

**04 CR 10239 MLW**

| | |
|---|---|
| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: _____   Category No. **II**   Investigating Agency **FBI**

City **Haverhill**

County **Essex**

Related Case Information:

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New _____
Magistrate Judge Case Number   **04-MJ-01766O-CBS**
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Byron Viteri**   Juvenile ☐ Yes ☒ No

Alias Name _____

Address **3 Memorial Drive, Middleton, MA**

Birth date (Year only): **1972**   SSN (last 4 #): **4235**   Sex **M**   Race: **Hispanic**   Nationality: _____

Defense Counsel if known: **Page Kelley**   Address: **Federal Defender Office**

Bar Number: _____

**U.S. Attorney Information:**

AUSA **John A. Capin**   Bar Number if applicable _____

Interpreter:   ☐ Yes ☒ No   List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by **Swartwood, M.J.**   on **6/18/04**

Charging Document:   ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **August 12, 2004**   Signature of AUSA: _____

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Leonardo Lara

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | Bank Larceny | 18 U.S.C. 2113(b) and 2 | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

ADDITIONAL INFORMATION: _____

viteri js45.wpd - 1/15/04 (USAO-MA)