## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                          **CRIMINAL  CASE**

**NO.** **04-10239-MLW**

**V.**

**BYRON VITERI**

**Defendant(s)**


### NOTICE OF HEARING

**WOLF, D.J.**


     **PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11**

**Hearing on SEPTEMBER 10, 2004 at 10:00 A.M. before Judge Wolf in Courtroom # 10**

**on the 5th floor.**


**TONY ANASTAS**
**CLERK OF COURT**


**September 2, 2004**                          **By:**     **/s/ Dennis O'Leary**
    **Date**                                                       **Deputy Clerk**

**Notice to:**
**(crim-notice.wpd - 7/99)**                                    [ntchrgcnf.]
                                                               [kntchrgcnf.]