

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

Main Reception: (617) 748-3100

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

September 30, 2004

**BY HAND**

Dennis O'Leary
Courtroom Deputy to the
    Honorable Mark L. Wolf
United States District Court
United States Courthouse
1 Courthouse Way
Boston, MA   02210

Re:   <u>United States v. Byron Viteri</u>
      Criminal No. 04-10239-MLW

Dear Mr. O'Leary:

Having conferred with counsel for the defendant, Byron Viteri, I am writing to report to the Court that the defendant intends to enter a plea of guilty at the hearing scheduled for October 6, 2004. Page Kelley, counsel for the defendant, may be seeking to continue the hearing due to a scheduling conflict. The government would not oppose a continuance.

Thank you.

Very truly yours,

John A. Capin
Assistant U.S. Attorney

cc:   Page Kelley, Esq.