UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>UNITED STATES</u>                                 CRIMINAL CASE

                                                                      NO. <u>04-10239-MLW</u>

                     V.

<u>BYRON VITERI</u>

                    Defendant(s)

### NOTICE OF HEARING

<u>WOLF, D.J.</u>

PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on <u>OCTOBER 29, 2004</u> at 2:30 P.M. before Judge Wolf in Courtroom # <u>10</u> on the <u>5</u>th floor.

                                                         TONY ANASTAS
                                                         CLERK OF COURT

<u>October 22, 2004</u>                        By: <u>/s/ Dennis O'Leary</u>
      **Date**                                                **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                                      [ntchrgcnf.]
                                                                       [kntchrgcnf.]