## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                        **CRIMINAL  CASE**

**NO. 04-10239-MLW**

                    **V.**


**BYRON VITERI**
                    **Defendant(s)**


### NOTICE OF RESCHEDULING

**WOLF, D.J.**


The **RULE 11 HEARING**  originally scheduled for **OCTOBER 29, 2004** before

Judge **Wolf**, has been **RESCHEDULED** to **NOVEMBER  3,  2004** at **10:30  A.M.** in

Courtroom # **10**  on the **5**th floor.


                                        **TONY ANASTAS**
                                        **CLERK OF COURT**


**October 27, 2004**                    **By:**    **/s/ Dennis O'Leary**
        **Date**                                **Deputy Clerk**

**Notice to:**
**(crim-cancel.wpd - 7/99)**                              **[ntchrgcnf.]**
                                                  **[kntchrgcnf.]**