UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR04-10239

| United States | Byron Viteri |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Capin | Page Kelley |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary                    REPORTER  Twomey

### CLERK'S NOTES

| DATES: | Change of Plea Hearing |
|---|---|
| 11/3/04 | Defendant takes the stand and is sworn. Waiver of indictment colloquy given. Court accepts the defendant's waiver of indictment. Signed waiver filed in court. Plea colloquy given. Government summarizes the evidence it would have presented had the case gone to trial. Defendant pleads guilty to the count(s) contained in the information. Court accepts the plea and directs the clerk to enter the same. Government recommends the defendant release be continued under the same conditions previously imposed. Court continues the defendant's release on the same conditions. Sentencing set for January 26, 2005 at 3:00 PM. Sentencing procedural order to issue. |