UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 04-10239-MLW |
| ) | |
| BYRON VITERI ) | |
| ) | |
| Defendant ) | |

## WAIVER OF INDICTMENT

Defendant Byron Viteri, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
BYRON VITERI

_____
Page Kelley, Esq.
Attorney for Defendant

Date: November 3, 2004