UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 04-10239-MLW |
| | ) | |
| BYRON VITERI | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### JOINT MOTION TO EXTEND DEADLINES TO FILE MOTIONS OR OTHER PLEADINGS RELATING TO SENTENCING

The parties hereby request leave for the government to file motions and memoranda relating to sentencing in this case by January 19, 2005 and for the defendant to file motions and memoranda by January 21, 2005. As grounds, the parties state as follows:

1. In the Procedural Order Re: Sentencing Hearing (Docket Entry 22), the Court ordered that any motions or other pleadings relating to sentencing be filed by January 12, 2005.

2. The plea agreement in this case provides that the government may file a motion for a downward departure pursuant to U.S.S.G. § 5K1.1. The government has not yet determined whether to file such a motion, but anticipates making that determination by no late than January 19, 2005. For this reason, the government seeks leave to file any such motion by January 19, 2005.

3. The defendant wishes to file a memorandum addressing sentencing issues and will be in a better position to do so after learning whether the government will seek a downward

departure and, if so, the extent of that departure. For this reason, the defendant seeks leave to file a sentencing memorandum by January 21, 2005.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney, | BYRON VITERI<br>By His Attorney, |
| By: | |
| /s/ John A. Capin | /s/ Page Kelley |
| _____<br>JOHN A. CAPIN<br>Assistant U.S. Attorney<br>(617)748-3264 | _____<br>PAGE KELLEY, ESQ.<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA 02210<br>(617)223-8061 |