## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>                                              <u>**CRIMINAL  CASE**</u>

                                                                                                                 NO.<u> 04-10239-MLW</u>

                   V.

<u>**BYRON VITERI**</u>

        **Defendant(s)**

### <u>NOTICE OF CANCELLATION</u>

<u>**WOLF, D.J.**</u>

The <u>**SENTENCING HEARING**</u> previously scheduled for <u>**JANUARY 28, 2005**</u> at <u>**2:00 P.M.**</u> before Judge <u>Wolf</u>, has been CANCELLED.

                                                                             **TONY ANASTAS**
                                                                             **CLERK OF COURT**

<u>**January 27, 2005**</u>                                              **By:**   <u>/s/ Dennis O'Leary</u>
     **Date**                                                              **Deputy Clerk**

**Notice to:**
(crim-cancel.wpd - 7/99)                                         [ntchrgcnf.]
                                                                                               [kntchrgcnf.]