UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**             **CRIMINAL CASE**
**NO. 04-10239-MLW**

V.

**BYRON VITERI**
       **Defendant(s)**

### NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

1) The **SENTENCING HEARING** before Judge **Wolf**, has been RESCHEDULED to **MAY 13, 2005, 2005** at **1:00 P.M.** in Courtroom # **10** on the **5th** floor.

2) If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by APRIL 29, 2005. Any responses shall be filed by MAY 6, 2005.

3) Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

                                                **SARA A. THORNTON**
                                                **CLERK OF COURT**

**April 14, 2005**                       **By:**    /s/ Dennis O'Leary
     Date                                        **Deputy Clerk**
**Notice to:**
(crim-dispo-cancel.wpd - 7/99)                      [ntchrgcnf.][kntchrgcnf.]