UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| V. | **NO. 04-10239-MLW** |
| **BYRON VITERI** | |
| Defendant(s) | |

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **SENTENCING HEARING** previously scheduled for **MAY 13, 2005** at **1:00 P.M.** before Judge **Wolf**, has been CANCELLED.

SARAH A. THORNTON
CLERK OF COURT

**May 12, 2005**             By:   /s/ Dennis O'Leary
   Date                                Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                                              [ntchrgcnf.]
                                                                       [kntchrgcnf.]