UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**　　　　　　　　　　　　　**CRIMINAL CASE**
　　　　　　　　　　　　　　　　　　　　　　**NO. 04-10239-MLW**

　　　　V.

**BYRON VITERI**
　　　**Defendant(s)**

## NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

1)　The **SENTENCING HEARING** before Judge **Wolf**, has been RESCHEDULED to **JUNE 13, 2005, 2005** at **3:00 P.M.** in Courtroom # **10** on the **5th** floor.

2)　If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by MAY 30, 2005. Any responses shall be filed by JUNE 6, 2005.

3)　Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

　　　　　　　　　　　　　　　　　　　　　　SARAH A. THORNTON
　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

**May 17, 2005**　　　　　　　　By:　/s/ Dennis O'Leary
　　Date　　　　　　　　　　　　　　Deputy Clerk
**Notice to:**
(crim-dispo-cancel.wpd - 7/99)　　　　　　[ntchrgcnf.][kntchrgcnf.]