UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10239

| United States | Byron Viteri |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Capin | Page Kelly |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK   O'Leary           REPORTER   Twomey

### CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 6/13/05 | Advisory guidelines are as follows: TOL 10, CH I, 6-12 months probation, 24-36 months supervised release, $2K-$20K fine, $54,650 restitution and $100 special assessment fee. Government recommends a sentence of 24 months probation, $2K fine, $54,650 restitution and $100 special assessment fee. Defendant joins in the government's recommendation and asks that the defendant not be ordered to pay interest on any order of forfeiture. Defendant addresses the court. Formal sentencing: Court grants the motion for downward departure and sentences the defendant to 24 months probation on the standard conditions plus not possess a firearm or other dangerous weapon, must pay the balance of restitution according to a court ordered repayment schedule, no new credit charges or lines of credit without approval of probation, must provide all financial information as requested by probation which may be shared with the USAO. Court does not impose a fine but does impose restitution in the amount of 54,650.00 without interest and $100 special assessment fee. Defendant advised of his rights to appeal and to counsel. |