UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10239-MLW |
| | ) | |
| BYRON VITERI | ) | |
| | ) | |

DEFENDANT'S ASSENTED-TO MOTION FOR RETURN OF PASSPORT

Now comes the defendant and respectfully requests that this Court order Pretrial Services to return Mr. Viteri's passport to him. Mr. Viteri is a citizen of the United States. He was sentenced today by this Court to two years' probation, therefore, he will no longer be on pretrial release. It is counsel's understanding that if pretrial services does not return his passport to him, his passport will be sent to an administrative office in the division of Homeland Security and it will be troublesome for Mr. Viteri to get it back.

Neither the Pretrial Services Officer assigned to this case, Basil Cronin, nor the Assistant United States Attorney assigned to this case, John Capin, object to this motion.

BYRON VITERI
By his attorney,

/s/ Page Kelley

Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: June 14, 2005